# UNITED STATES DISTRICT COURT
for the

Northern District of California

|  |  |  |
|---|---|---|
| Jose Daniel Castillo-Antonio | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:19-cv-6972-KAW |
| Louis A. Windhurst, III, Trustee of the Louis and Alyce Windhurst Family Trust, individually as trustee and dba Whale Point Marine & Hardware Company; Alyce J. Windhurst, Trustee of the Louis and Alyce Windhurst Famliy Trust, individually as trustee and dba Whale Point Marine & Hardware Company; and Does 1 to 50 | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Louis A. Windhurst, III, 205 Cutting Blvd., Richmond, CA 94804
Alyce J. Windhurst, 205 Cutting Blvd., Richmond, CA 94804

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Richard A. Mac Bride, 865 Marina Bay Parkway, #43, Richmond, CA 94804. Telephone 415-730-6289

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Susan Y. Soong*
*/s/ Jorden Burger*

Date: 10/24/2019

*Signature of Clerk or Deputy Clerk*