**SNYDER BURNETT EGERER, LLP**
**Sean R Burnett (SB# 227952)**
**Evan R. McDonough (SB# 311101)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California 93111
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
sburnett@sbelaw.com
emcdonough@sbelaw.com

Attorneys for Defendants LOUIS A. WINDHURST, III, Trustee of the Louis and Alyce Windhurst Family Trust, individually as trustee and dba Whale Point Marine & Hardware Company; ALYCE J. WINDHURST, Trustee of the Louis and Alyce Windhurst Family Trust, individually as trustee and dba Whale Point Marine & Hardware Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO, | Case No. 4:19-cv-06972-KAW |
| Plaintiff, | Hon. Kandis A. Westmore |
| v. | |
| LOUIS A. WINDHURST, III, Trustee of the Louis and Alyce Windhurst Family Trust, individually as trustee and dba Whale Point Marine & Hardware Company; ALYCE J. WINDHURST, Trustee of the Louis and Alyce Windhurst Family Trust, individually as trustee and dba Whale Point Marine & Hardware Company; and DOES 1 to 50, | **ORDER TO EXTEND THE DEADLINE TO CONDUCT A JOINT SITE INSPECTION AND TO EXTEND THE DEADLINE TO PROVIDE INITIAL DISCLOSURES**<br><br>[Complaint filed: 10/24/2019] |
| Defendants. | |

IT IS HEREBY ORDERED that the joint site inspection of the subject premises will be conducted on or before March 6, 2020.

///

///

---

1

**ORDER TO EXTEND THE DEADLINE TO CONDUCT A JOINT SITE INSPECTION AND TO EXTEND THE DEADLINE TO PROVIDE INITIAL DISCLOSURES**

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

Initial disclosures including defendant's disclosures re the construction or alteration history of the subject premises shall take place on or before February 28, 2020.

Dated: 2/7/2020

_____
Hon. Kandis A. Westmore

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

**ORDER TO EXTEND THE DEADLINE TO CONDUCT A JOINT SITE INSPECTION AND TO EXTEND THE DEADLINE TO PROVIDE INITIAL DISCLOSURES**