```
1    RICHARD MAC BRIDE, SB# 199695
     LAW OFFICES OF RICHARD A. MAC BRIDE
2    865 Marina Bay Parkway, Suite 43
     RICHMOND, CA 94804
3    Phone 415-730-6289
4    Fax 510-439-2786
     Attorney for Plaintiff Jose Daniel Castillo-Antonio
5
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio, | Case Number C-19-6972 KAW |
| Plaintiff, | |
| Vs. | STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER |
| Louis A. Windhurst, III, Trustee, et al., | |
| Defendants. | |

Plaintiff Jose Daniel Castillo-Antonio, and defendants Louis A. Windhurst, III and Alyce J. Windhurst, by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendants is Sean R. Burnett of Snyder Burnett Egerer, LLP), hereby stipulate as follows:

1. Plaintiff entered into a Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants, all parties to bear their own respective attorney fees and costs.

2. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation to jointly request that the Court dismiss this action with prejudice.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride
Attorney for Plaintiff Jose Daniel Castillo-Antonio                                3/21/2020
Snyder Burnett Egerer, LLP – By: Sean R. Burnett /s/ Sean R. Burnett              3/21/2020

STIPULATION AND ORDER OF DISMISSAL – 19-6972 KAW

-1-

1 | Attorney for defendants Louis A. Windhurst and Alyce J. Windhurst

FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on March 21, 2020, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Sean R. Burnett, attorney for all defendants herein, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

### [PROPOSED] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Jose Daniel Castillo-Antonio v. Louis A. Windhurst, et al., Case No. C-19-6972 KAW, is dismissed with prejudice, with each party to bear his or her or its own attorney's fees and costs.

Date: __March 27, 2020__   _____
Kandis A. 
United States Magistrate Judge

*IT IS SO ORDERED*
*Kandis Westmore*
*Judge Kandis Westmore*